**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RONALD RANGLE, | ) | No. C 06-5500 MMC (PR) |
| Petitioner, | ) | **ORDER OF DISMISSAL** |
| v. | ) | |
| JAMES A. YATES, | ) | |
| Respondent. | ) | |
| _____ | ) | |

    Petitioner, a California prisoner proceeding pro se, filed the above-titled action on September 7, 2006.  That same date, the Court notified petitioner in writing that the action was deficient due to petitioner's failure to pay the filing fee or, alternatively, to submit a signed and completed court-approved in forma pauperis ("IFP") application.  Along with that notice, the Court sent to petitioner copies of the Court's IFP application, instructions for completing the application, and a stamped return envelope.  Petitioner was advised that failure to pay the filing fee or to file a completed IFP application within thirty days would result in dismissal of the action.  Petitioner has not responded to the deficiency notice.

    As more than thirty days have passed since the deficiency notice and petitioner has not paid the filing fee or filed a completed IFP application form, the above-titled action is hereby DISMISSED without prejudice.

    The Clerk shall close the file.

    IT IS SO ORDERED.

DATED: January 3, 2007

_____
MAXINE M. CHESNEY
United States District Judge